UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :  18 CR 799-8
      -against-                         :
                                        :  ORDER
Wenxin Duan                             :
                                        :
      Defendant                         :
                                        :
----------------------------------------X

Kimba M. Wood, United States District Judge:

ORDERED that the defendant's bail be modified to remove curfew and location monitoring conditions.

Dated: New York, New York
       ~~November~~ December 4, 2019
       KMW

                                        SO ORDERED

                                        /s/ Kimba M. Wood
                                        _____
                                        Kimba M. Wood
                                        United States District Judge