

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/20
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2020

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:   *United States v. Wenxin Duan*, **18 Cr. 799 (KMW)**

Dear Judge Wood:

    The Government and counsel for the defendant in the above-captioned matter understand that the Trial Assignment Committee for the Southern District of New York has set a trial date of October 6, 2020 for this matter. The parties jointly write to inform the Court that they do not intend to proceed to trial at that time and are currently seeking a resolution of this matter. The parties request that the Court set a trial date in 2021 and exclude time to a control date on January 25 2021, so that the defendant can consider any potential motions, prepare for trial, and continue plea negotiations.  **Granted**

    The Government submits the attached proposed order seeking an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) between November 9, 2020 and January 25, 2021

                           Respectfully submitted,

                             AUDREY STRAUSS
                             Acting United States Attorney

                    By:   /s/ _____
                           Sheb Swett
                           Assistant United States Attorney
                           (212) 637-6522

cc:    Don Duboulay, Esq. (by ECF)

**SO ORDERED:** N.Y., N.Y.

*Kimba M. Wood*
**KIMBA M. WOOD**
**U.S.D.J.**