UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

WEN XIN DUAN,

                  Defendant.
------------------------------------------------------------------x

ORDER
18 CR 799 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/20

KIMBA M. WOOD, District Judge:

      The Court will hold a remote sentencing in the above-captioned case on Thursday, November 12, 2020, at 10:00 a.m.

      Members of the press and public who wish to hear the proceedings should dial 917-933-2166, and enter Conference ID number 449480207.

      SO ORDERED.

Dated: New York, New York
          November 5, 2020

                                              KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE