**Donald D. duBoulay**
  Attorney at Law

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:   dondubesq@aol.com

305 Broadway, Suite 602
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/20

December 9, 2020

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Wen Xin Duan
    18 Cr. 799 (KMW)

Dear Judge Wood:

    I write on behalf of Wen Xin Duan. On November 12, 2020 this Court sentenced Mr. Duan pursuant to his conviction for Misdemeanor possession of a controlled substance (U.S.C § 844). The Court imposed a sentence of one-year probation, a $1000.00 fine and a $25 special assessment. With the court noting that the special assessment was due immediately.

    At the sentencing hearing the Court, pursuant 18 U.S.C. §3607 withheld imposing the judgment for one year with a view to dismissing the conviction if Mr. Duan successfully completed his probationary term of one year without incident. I write to respectfully request that the Court stay the payment of the $1000.00 fine during the probationary period, for one year. If Mr. Duan successfully completes his probationary term, there will be no fine due as the conviction will be erased. If he is forced to pay the fine now that money in all likelihood will never be recovered.

    Thus Mr. Duan respectfully requests that the Court Order that portion of the sentence that requires the payment of a $1000.00 fine be stayed until the end of the probationary period imposed at the sentencing hearing, when a decision on whether a judgment will be entered will be made.  *Granted*

    I have consulted with the Government and the I am informed the Government takes no position on this request.

                             Respectfully submitted,
                               /s/
                             Donald duBoulay

cc: Sheb Swett, Esq, AUSA

SO ORDERED: N.Y., N.Y. 12/14/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.